UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| JENNIFER BRABSON, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:24-CV-00192-DCLC-CRW |
| v. | ) | |
| JOE BIDEN, et al., | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 9] that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and that this action be dismissed for failure to prosecute. Plaintiff did not file any objections to the R&R.[1] Rather, Plaintiff sent a letter notifying the Court that her case had been consolidated with other litigants in the District Court for the Northern District of Georgia and that she forwarded her *in forma pauperis* application to the Northern District of Georgia [Doc. 10]. Accordingly, for the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 9] is **ADOPTED**. Accordingly, Plaintiff's motion for leave to appeal *in forma pauperis* [Doc. 1] is **DENIED** and this case is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close the case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).